IN THE MATTER OF THE PROBATE OF THE ALLEGED
WILL AND CODICIL OF NICOLO CARUSO, DECEASED.

*Mr. James A. Christiano* and *Mr. Paul T. Huckin* for the
petitioner.

*Messrs. Harkavy & Lieb* for the respondents.

September 13, 1954.   Granted.

ELIZABETH M. REEVES, PLAINTIFF-PETITIONER, v: CITY
OF JERSEY CITY, *ET ALS.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 30 *N. J. Super.* 392.

*Mr. Louis G. Morten* for the petitioner.

*Mr. John B. Graf* and *Mr. Louis E. Saunders* for the
respondents.

September 13, 1954.   Granted.